UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SYLVESTER WILLIAMS,

    Petitioner,

vs.

STATE OF CALIFORNIA,

    Respondent.

No. C 14-5399 PJH (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on December 9, 2014, when petitioner filed a request for an extension. On that same day the court notified petitioner that he needed to file a petition and a blank petition was sent to him. He was also notified that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not submit a petition and either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice and a certificate of appealability is **DENIED**. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 26, 2015.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.14\Williams5399.dsm-ifp.wpd